IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | Case No.  1:07-cv-01140 AWI TAG<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |

　　　　Plaintiff Michael Work ("Plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying his claim for disability benefits under the Social Security Act.

　　　　This Court issued its August 6, 2007, Scheduling Order to require Plaintiff to file and serve an opening brief within ninety-five (95) days of the date that Defendant Michael J. Astrue ("Defendant") lodges the administrative record.  The Scheduling Order explains to Plaintiff that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110."  (Doc. 7).

　　　　On January 8, 2008, Defendant filed its notice of lodging the final volumes of the administrative record to initiate the briefing.  (Doc. 18).  The Court calculates April 13, 2008, as the deadline for Plaintiff to file and serve his opening brief.  Plaintiff has filed no opening brief in compliance with this Court's orders.

　　　　Accordingly, this Court ORDERS Plaintiff, no later than June 13, 2008, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for Plaintiff's failure to file an opening brief and to comply with this Court's orders.  This Court will vacate this

1  Order to Show Cause if Plaintiff files and serves his opening brief no later than June 11, 2008.

2  **Plaintiff is admonished that failure to timely comply with this order will result in a**
3  **recommendation to dismiss this action.**

6  IT IS SO ORDERED.

7  Dated:   **June 2, 2008**                                                     /s/ Theresa A. Goldner
                                                                         UNITED STATES MAGISTRATE JUDGE