Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL WORK )
) 1:07-CV-1140 AWI TAG
)
    Plaintiff, ) STIPULATION AND ORDER TO DISMISS
)
vs. )
)
Commissioner of Social )
Security, )
)
    Defendant. )
_____ )

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 3, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: May 9, 2008        /s/ Sengthiene Bosavanh

                                      SENGTHIENE BOSAVANH, ESQ.
                                      Attorney for Plaintiff

Dated: May 9, 2008
                                      MCGREGOR SCOTT
                                      United States Attorney

                                      By: /s/ Theophous Reagans
                                      (as authorized via facsimile)
                                      THEOPHOUS REAGANS
                                      Assistant Regional Counsel

1                                         ORDER
2
3    IT IS SO ORDERED.
4    Dated:    **June 6, 2008**                        **/s/ Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE
5